HUGH GLENN MACDONALD *vs.* SAMUEL S. NEWMAN
ET AL.

First Judicial District, Hartford, March Term, 1931.
MALTBIE, C. J., HAINES, HINMAN, BANKS and AVERY, Js.
Submitted on briefs March 3d—decided April 6th, 1931.

*David R. Woodhouse,* for the appellant (defendant Cohen).

*Clayton L. Klein,* for the appellee (plaintiff).

PER CURIAM. The only issue upon this appeal is as to the effectiveness under the applicable constitutional limitation of the statute, Public Acts of 1925, Chapter 122, now General Statutes, § 5473, to confer jurisdiction upon our courts over a nonresident automobilist using the highways of this State. It is therefore ruled by our decision in *Hartley* v. *Vitiello, ante,* p. 74, 154 Atl. 255.

There is no error.